May 20, 2018

From: Mr Italo Tigua - Mercham
Reg No: 15086-104
FDC Miami
P.O. Box 019120
Miami, Fl 33101

FILED by _____ D.C.
MAY 23 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

To: Federico A. Moreno
United States District Judge

Re: United State v Italo Tigua - Merchan
Case No 17-CR-20808-Moreno.

Dear Judge F.A. Moreno,

I ask for today with all discretion and reach and analyze my situation once again. I am very reforseful for my actions and wald like to apologize to this court and also the U.S. Government.

In this letter I'm sending a photo of my family, that is waiting for me in Ecuador my place of origen.

I have four Kids, which three are still in school and my Kid's mother with depends on my income fom work I hope you understand my situation and that we can work on my case and consider a shorter sentences. I say this because their is many inmate with the same if not similars crimes and have only been given 60 moths of sentence. Hope you can quickly take care of this Motions for me Please Review this case.

Thank you for your time & attention to this case and if you have any questions, please contact my in FDC of Miam. Unit 7 - West,
Thanks in Advaned

Sincerely: ITALO TIGUA
Italo Tigua - Merchan



From: Mr Italo Tigua-Merchan
Reg N°: 15086-104
FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 331
22 MAY 2018 PM 1 L

TO: Wilkie D. Ferguson Jr U.S. Courthouse
Att: Judge Federico A. Moreno
400 N. Miami Ave
Miami, FL, 33128

33128-181233